UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SAVINGS BANK EMPLOYEES RETIREMENT ASSOCIATION, <br><br> Plaintiff, <br><br> v. <br><br> EAST BOSTON SAVINGS BANK; BELMONT SAVINGS BANK; CAPE COD FIVE CENTS SAVINGS BANK; BRIDGEWATER SAVINGS BANK; SOUTH SHORE SAVINGS BANK; and WORONOCO SAVINGS BANK, <br><br> Defendants. | CIVIL ACTION <br> NO. 04-2614 C |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

The defendants East Boston Savings Bank, Belmont Savings Bank, Cape Cod Five Cents Savings Bank, Bridgewater Savings Bank, South Shore Savings Bank and Woronoco Savings Bank request that this Court extend the time within which they have to respond to the plaintiff's Complaint until August 2, 2004. The defendants have not requested a previous extension of their time to respond to the plaintiff's Complaint and this extension only extends their deadline by 14 days. Daniel Curto, counsel for the defendants, spoke with Arthur Telegen, counsel for the

plaintiff, on July 14, 2004 and Mr. Telegen said that he did not oppose the defendants' request to extend the time to respond to the complaint.

        Respectfully submitted,

        EAST BOSTON SAVINGS BANK;
        BELMONT SAVINGS BANK; CAPE COD
        FIVE CENTS SAVINGS BANK;
        BRIDGEWATER SAVINGS
        BANK; SOUTH SHORE SAVINGS
        BANK; and WORONOCO SAVINGS
        BANK

        By their attorneys,

        _D C (rus)_____
        James J. Marcellino  (BBO #318840)
        Andrew C. Liazos  (BBO # 556506)
        Daniel A. Curto  (BBO # 639443)
        McDermott Will & Emery
        28 State Street
        Boston, Massachusetts 02109
        617-535-5000

Dated: July 16, 2004

## CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail/by hand.

Date: 7/16/04  _Nicole A. Colby_

BST99 1416547-1.069465.0011        2