UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SAVINGS BANK EMPLOYEES RETIREMENT ASSOCIATION,  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>EAST BOSTON SAVINGS BANK; )<br>BELMONT SAVINGS BANK; )<br>CAPE COD FIVE CENTS )<br>SAVINGS BANK; )<br>BRIDGEWATER SAVINGS )<br>BANK; SOUTH SHORE SAVINGS )<br>BANK; and WORONOCO )<br>SAVINGS BANK,  )<br>  )<br>Defendants.  ) | CIVIL ACTION<br>NO. 04-11545 EFH |

### CORPORATE DISCLOSURE STATEMENT OF DEFENDANT WORONOCO SAVINGS BANK

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for defendant Woronoco Savings Bank in the above-captioned matter certifies that there are no publicly held corporations (domestic or foreign) that own 10% or more of Woronoco Savings Bank's stock.

WORONOCO SAVINGS BANK

By: _____
James J. Marcellino  (BBO #318840)
Andrew C. Liazos  (BBO # 556506)
Daniel A. Curto  (BBO # 639443)
McDermott Will & Emery
28 State Street
Boston, Massachusetts 02109
617-535-5000

CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail/by hand.

Date: _____  _____