UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

2004 AUG -4 P 12: 18

U.S. DISTRICT COURT
DISTRICT OF MASS

| | | |
|---|---|---|
| SAVINGS BANKS EMPLOYEES RETIREMENT ASSOCIATION, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 04-11545-EFH |
| EAST BOSTON SAVINGS BANK; BELMONT SAVINGS BANK; CAPE COD FIVE CENTS SAVINGS BANK; BRIDGEWATER SAVINGS BANK; SOUTH SHORE SAVINGS BANK; and WORONOCO SAVINGS BANK, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to the provisions of Local Rule 7.3(A), Plaintiff Savings Banks Employees

Retirement Association states that it is an association of member banks created pursuant to Mass.

Gen. Laws ch. 168, §§ 39 - 41, has no corporate parent and has no stock owned by any publicly

held company.

Respectfully submitted,

SAVINGS BANKS EMPLOYEES
RETIREMENT ASSOCIATION,

By its attorneys,

Arthur G. Telegen, BBO #494140
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210
(617) 832-1000

Dated: August 3, 2004

FHBoston/1085509.1

CERTIFICATE OF SERVICE
I hereby certify that on this day a true copy of
the within document was served upon the
attorney of record for each party by mail/hand

Dated 8/3/04