UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2004 SEP 21  A 10: 05

U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |  |
|---|---|---|
| SAVINGS BANKS EMPLOYEES RETIREMENT ASSOCIATION, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 04-11545-EFH |
| EAST BOSTON SAVINGS BANK; BELMONT SAVINGS BANK; CAPE COD FIVE CENTS SAVINGS BANK; BRIDGEWATER SAVINGS BANK; SOUTH SHORE SAVINGS BANK; and WORONOCO SAVINGS BANK, | ) ) ) ) ) ) ) | |
| Defendants. | ) ) ) | |

**PLAINTIFF'S CERTIFICATION OF COMPLIANCE
WITH LOCAL RULE 16.1(D)(3)**

We, Arthur G. Telegen, counsel for the Plaintiff Savings Banks Employees Retirement Association, and Thomas Forese, Jr., President and authorized representative of Savings Banks Employees Retirement Association, hereby affirm that we have conferred in accordance with Local Rule 16.1(D)(3), by discussing the potential costs of conducting litigation and alternative means of dispute resolution.

_____
Thomas Forese, Jr., President and
Authorized representative for
SAVINGS BANKS EMPLOYEES
RETIREMENT ASSOCIATION

_____
Arthur G. Telegen, Attorney for Plaintiff
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210
(617) 832-1000

AFFIDAVIT OF SERVICE

I, _____ depose and state that on this day a true copy of the above document was served upon the attorney of record for each party by mail/by hand under the pains and penalties

_____

Dated: September 16, 2004

FHBOSTON/1106969.1