UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 NOV 17  P 2: 44

U.S. DISTRICT COURT
DISTRICT OF MASS

|  |  |  |
|---|---|---|
| SAVINGS BANKS EMPLOYEES RETIREMENT ASSOCIATION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 04-11545-EFH |
| EAST BOSTON SAVINGS BANK; BELMONT SAVINGS BANK; CAPE COD FIVE CENTS SAVINGS BANK; BRIDGEWATER SAVINGS BANK; SOUTH SHORE SAVINGS BANK; and WORONOCO SAVINGS BANK, | ) ) ) ) ) ) | |
| Defendants. | ) ) ) | |

## STIPULATION OF DISMISSAL AS TO BELMONT SAVINGS BANK

Pursuant to the provisions of Fed. R. Civ. P. Rule 41(a)(1)(ii), it is stipulated and agreed

by and between the Plaintiff Savings Banks Employees Retirement Association and the

Defendant Belmont Savings Bank that this action be dismissed as to Defendant Belmont Savings

Bank with prejudice, without costs and without rights of appeal.

SAVINGS BANKS EMPLOYEES
RETIREMENT ASSOCIATION,

By its attorneys,

Arthur G. Telegen, BBO #494140
Alicia A. Matos, BBO #351154
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210
(617) 832-1000

Dated: ~~October~~ November 17, 2004

FHBOSTON/1120486.1

BELMONT SAVINGS BANK,

By its attorneys,

James J. Marcellino, BBO #318840
Andrew C. Liazos, BBO #556506
Daniel A. Curto, BBO #639443
McDermott Will Emery, LLP
28 State Street
Boston, MA 02109
(617) 535-4000

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document
was served upon the attorney of record for each other
party by (hand)(mail) on 11/17/04