UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

SAVINGS BANKS EMPLOYEES )
RETIREMENT ASSOCIATION, )
)
)
Plaintiff, )
)
v. ) CIVIL ACTION NO. 04-11545-EFH
)
EAST BOSTON SAVINGS BANK; )
BELMONT SAVINGS BANK; CAPE )
COD FIVE CENTS SAVINGS BANK; )
BRIDGEWATER SAVINGS BANK; )
SOUTH SHORE SAVINGS BANK; and )
WORONOCO SAVINGS BANK, )
)
Defendants. )

### STIPULATION OF DISMISSAL AS TO BRIDGEWATER SAVINGS BANK

Pursuant to the provisions of Fed. R. Civ. P. Rule 41(a)(1)(ii), it is stipulated and agreed by and between the Plaintiff Savings Banks Employees Retirement Association and the Defendant Bridgewater Savings Bank that this action be dismissed as to Defendant Bridgewater Savings Bank with prejudice, without costs and without rights of appeal.

| SAVINGS BANKS EMPLOYEES RETIREMENT ASSOCIATION, | BRIDGEWATER SAVINGS BANK, |
|---|---|
| By its attorneys, | By its attorneys, |
| Arthur G. Telegen, BBO #494140 | James J. Marcellino, BBO #318840 |
| Alicia A. Matos, BBO #351154 | Andrew C. Liazos, BBO #556506 |
| FOLEY HOAG LLP | Daniel A. Curto, BBO #639443 |
| 155 Seaport Boulevard | McDermott Will Emery, LLP |
| Boston, MA 02210 | 28 State Street |
| (617) 832-1000 | Boston, MA 02109 |
| | (617) 535-4000 |

Dated: ~~October~~ November 17, 2004

FHBOSTON/1120513.1

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by (hand)(mail) on 11/17/04