UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| SAVINGS BANKS EMPLOYEES RETIREMENT ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>EAST BOSTON SAVINGS BANK; BERKSHIRE BANK; CAPE COD FIVE CENTS SAVINGS BANK; SOUTH SHORE SAVINGS BANK; and WORONOCO SAVINGS BANK,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CIVIL ACTION NO. 04-11545-EFH |

## PARTIES' JOINT MOTION FOR AN EXPEDITED BENCH TRIAL

Plaintiff Savings Bank Employees Retirement Association ("SBERA") and Defendants East Boston Savings Bank, Belmont Savings Bank, Cape Cod Five Cents Savings Bank, Bridgewater Savings Bank, South Shore Savings Bank, and Woronoco Savings Bank (collectively "Defendant Banks") hereby move this Court to schedule a bench trial in this action at the Court's and the parties' earliest mutual convenience.

In support of its joint motion, the parties state that:

1. The issues presented in this case are primarily legal but the parties believe that forgoing filing extensive summary judgment motions will preserve judicial resources.
2. Discovery is complete and the parties will stipulate to as many facts as possible.
3. The parties do not anticipate requiring more than three one-half days or two full days of trial and have determined that they are available for trial the week of March 6, 2006.

B3123745.1

- 2 -

WHEREFORE, the parties respectfully request that the Court grant their motion for an expedited bench trial.

Respectfully submitted,

| SAVINGS BANKS EMPLOYEES RETIREMENT ASSOCIATION, | EAST BOSTON SAVINGS BANK, BERKSHIRE BANK, CAPE COD FIVE CENTS SAVINGS BANK, SOUTH SHORE SAVINGS BANK, and WORONOCO SAVINGS BANK, |
|---|---|
| By its attorneys, | By their attorneys, |
| /s/ Alicia Alonso Matos<br>Arthur G. Telegen, BBO #494140<br>Alicia Alonso Matos, BBO #651154<br>FOLEY HOAG LLP<br>155 Seaport Boulevard<br>Boston, MA  02210<br>(617) 832-1000 | /s/ Nicole Colby Longton (AAM)<br>James J. Marcellino, BBO #318840<br>Nicole Colby Longton, BBO #657478<br>McDermott Will Emery, LLP<br>28 State Street<br>Boston, MA  02109<br>(617) 535-4000 |

Dated:  December 13, 2005