UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| SAVINGS BANKS EMPLOYEES RETIREMENT ASSOCIATION, | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CIVIL ACTION NO. 04-11545-EFH |
| EAST BOSTON SAVINGS BANK; BELMONT SAVINGS BANK; CAPE COD FIVE CENTS SAVINGS BANK; BRIDGEWATER SAVINGS BANK; SOUTH SHORE SAVINGS BANK; BERKSHIRE SAVINGS BANK; and WORONOCO SAVINGS BANK, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**STIPULATION OF DISMISSAL OF PLAINTIFF SBERA'S
CHAPTER 93A CLAIM WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the parties hereby stipulate that Count II of Plaintiff SBERA's Corrected Amended Complaint regarding M.G.L. Chapter 93A shall be dismissed with prejudice, and that each party shall bear its own costs and attorneys fees with regard thereto.

Respectfully submitted,

| | |
|---|---|
| EAST BOSTON SAVINGS BANK, CAPE COD FIVE CENT SAVINGS BANK, SOUTH SHORE SAVINGS BANK, and WORONOCO SAVINGS BANK, | SAVINGS BANK EMPLOYEES RETIREMENT ASSOCIATION, |
| by their attorneys, | by its attorneys, |
| /s/ Nicole A. Colby Longton | /s/ Alicia A. Matos |
| James J. Marcellino, Esq., BBO # 318840<br>Nicole Colby Longton, Esq., BBO # 657478<br>MCDERMOTT WILL & EMERY, LLP<br>28 State Street<br>Boston, MA  02109-1775<br>(617) 535-4045 | Arthur G. Telegen, BBO # 494140<br>Alicia Alonso Matos, BBO # 651154<br>FOLEY HOAG LLP<br>155 Seaport Boulevard<br>Boston, MA 02210-2600<br>(617) 832-1000 |
| Dated: _____ | Dated: _____ |

BST99 1498477-1.069465.0011