## UNITED STATES DISTRICT COURT

## DISTRICT OF MASSACHUSETTS

* * * * * * * * * * * * * * * * * * * * * * * *

SAVINGS BANK EMPLOYEES
RETIREMENT ASSOCIATION,
                Plaintiff

v.

EAST BOSTON SAVINGS BANK, ET AL.,
                Defendants.

CIVIL ACTION NO.:
04-11545-EFH

* * * * * * * * * * * * * * * * * * * * * * * *

### O R D E R

May 30, 2006

HARRINGTON, S.D.J.

      In accordance with the Court's granting of Plaintiff Savings Banks Employees Retirement Association's Assented-To Motion for Relief from Judgment on May 30, 2006, the Court orders that its May 9, 2006 Order and Findings of Fact and Conclusions of Law be amended to include an order for Defendant South Shore Savings Bank to pay $8,508.08 in addition to the sum already ordered.

      SO ORDERED.

                            /s/ Edward F. Harrington
                            EDWARD F. HARRINGTON
                            United States Senior District Judge